# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:17-cv-2650 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| ELISTON, et al., | |
| Defendants. | |

By motion docketed June 13, 2018, plaintiff seeks an order of this court directing officials at the Sacramento County Jail's "Trust Office" to return plaintiff's paperwork in support of his application to proceed in forma pauperis in the instant case. See ECF No. 10. However, by order filed May 31, 2018, the court granted plaintiff's prior request for a sixty-day extension of time, until July 30, 2018, to pay the filing fee or submit an application to proceed in forma pauperis. See ECF No. 9.

Accordingly, because plaintiff has already been granted substantial extended time to submit a completed application to proceed in forma pauperis and to resolve any processing issues within the jail, IT IS HEREBY ORDERED that plaintiff's motion for injunctive relief, ECF No. 10, is DENIED as moot.

DATED: June 15, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE