UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>        Plaintiff,<br><br>    v.<br><br>ELISTON, et al.,<br><br>        Defendants. | No. 2:17-cv-2650 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 20, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 20. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 20, 2018, are adopted in full; and

2. Plaintiff's putative claims against defendants Lisa Garcia, Susan Miller, Anna Duffy,

1

the California Department of Justice, the Roseville Police Department, Placer and Sacramento Counties, the California Law Enforcement Telecommunications System (CLETS), and the Sacramento Sexual Assault Felony Enforcement (SAFE) Team, be dismissed without leave to amend.

DATED: November 5, 2018

                                      /s/ John A. Mendez

                                      UNITED STATES DISTRICT COURT JUDGE